**STATE of Missouri, Respondent,**

v.

**Rochelle R. WILLIAMS, Appellant.**

**No. WD 36027.**

Missouri Court of Appeals,
Western District.

July 16, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Aug. 27, 1985.

Application to Transfer Denied
Oct. 16, 1985.

David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

Thomas Carter, II, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and PRITCH-ARD and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from conviction and sentence for second degree murder.

Judgment affirmed. Rule 30.25(b).

All concur.